No. 44. NATIONAL ASSOCIATION FOR THE ADVANCE-MENT OF COLORED PEOPLE *v.* GRAY, ATTORNEY GENERAL OF VIRGINIA, ET AL. Certiorari, 365 U. S. 842, to the Supreme Court of Appeals of Virginia. Argued November 8, 1961. This case is restored to the calendar for reargument. *Robert L. Carter* argued the cause for petitioner. With him on the briefs were *Oliver W. Hill, Herbert O. Reid* and *Frank D. Reeves. Henry T. Wickham* argued the cause for respondents. With him on the briefs was *David J. Mays.*

No. 173. UNITED STATES *v.* NATIONAL DAIRY PRODUCTS CORP. ET AL. Appeal from the United States District Court for the Western District of Missouri. (Probable jurisdiction noted, 368 U. S. 808.) Argued March 21, 1962. This case is restored to the calendar for reargument. *Solicitor General Cox* argued the cause for appellant. With him on the briefs were *Assistant Attorney General Loevinger, Daniel M. Friedman, Lionel Kestenbaum* and *Richard A. Solomon. John T. Chadwell* argued the cause for appellees. With him on the briefs were *Richard W. McLaren, James A. Rahl, Jean Engstrom, Martin J. Purcell* and *John H. Lashly.*